JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HYDS, INC., et al., <br><br> Defendants. | CV 19-5792 PA (SKx) <br><br> JUDGMENT |

Pursuant to the Court's May 13, 2020 Order granting the Motion for Judgment on the Pleadings filed by plaintiff Mesa Underwriters Specialty Insurance Company ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the allegations against defendant HYDS, Inc. ("Defendant") in the underlying action, captioned <u>West Coast Flooring, Inc. v. HYDS, Inc.</u>, King County, Washington Superior Court Case No. 19-2-10788-0 SEA ("Underlying Action"), do not fall within the scope of the insuring agreement in the commercial general liability policy issued by Plaintiff to Defendant, policy number MP0004017003949 to named insured Defendant for the policy period June 1, 2018 to June 1, 2019.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff has no duty to defend Defendant in the Underlying Action, and Plaintiff has no duty to indemnify Defendant in the Underlying Action.  Judgment shall be entered in favor of Plaintiff and against Defendant.  Plaintiff shall have its costs of suit.

IT IS SO ORDERED.

DATED: May 14, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE